**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**VINCENT E. BOLDEN**      **PLAINTIFF**

**V.**      **NO. 4:11CV026-A-D**

**EMMITT SPARKMAN, et al.**      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the Plaintiff's complaint is DISMISSED for failure to state a claim for which relief may be granted. This matter is CLOSED.

**IT IS SO ORDERED.**

THIS the 21st day of April, 2011.

                                        **/s/ Sharion Aycock**
                                        **U.S. DISTRICT JUDGE**